Fill in this information to identify the case:

Debtor 1  Joann Scruggs

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the NORTHERN District of TEXAS

Case number 19-30386-bjh13

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges            12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** CARRINGTON MORTGAGE SERVICES, LLC   **Court claim no.** (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 7463

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

■ No
☐ Yes. Date of the last notice:

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|    | Description | Date Incurred |      | Amount |
|----|-------------|---------------|------|--------|
| 1  | Late Charges |              | (1)  | $0.00  |
| 2  | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3  | Attorneys fees |             | (3)  | $0.00  |
| 4  | Filing fee and court costs | | (4)  | $0.00  |
| 5  | Bankruptcy/Proof of claim fees | 4/12/2019 | (5) | $300.00 |
| 6  | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7  | Property inspection fees |   | (7)  | $0.00  |
| 8  | Tax Advances (non-escrow) |  | (8)  | $0.00  |
| 9  | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify:             | (11) | $0.00  |
| 12 | Other. Specify:             | (12) | $0.00  |
| 13 | Other. Specify:             | (13) | $0.00  |
| 14 | Other. Specify:             | (14) | $0.00  |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

Debtor 1 <u>Joann  Scruggs</u>      Case number *(if known)* <u>19-30386-bjh13</u>
Print Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/Darrelyn Thomas            Date  9.4.19
    Signature

Print   Darrelyn Thomas                    Title   Bankruptcy Attorney
        First Name    Middle Name    Last Name

Company   RAS Crane, LLC

Address   10700 Abbott's Bridge Road, Suite 170
          Number         Street

          Duluth, GA 30097
          City                   State    ZIP Code

Contact Phone   470-321-7112              Email   dthomas@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___September 6, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MARCUS B. LEINART
LEINART LAW FIRM
11520 N. CENTRAL EXPRESSWAY SUITE 212
DALLAS, TX 75243

THOMAS POWERS
105 DECKER COURT, STE 1150
IRVING, TX 75062

UNITED STATES TRUSTEE
1100 COMMERCE STREET ROOM 976
DALLAS, TX 75062

JOANN SCRUGGS
353 KIRNWOOD CT.
DALLAS, TX 75232

 

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: ___/s/ Claude Kamgna_____
      Claude Kamgna
      email:ckamgna@rascrane.com

